FILED: January 8, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 15-1031

(1:14-cv-00701-JFM)

_____

S.T.; S.J.P.T. and I.T.

        Plaintiffs - Appellants

v.

HOWARD COUNTY PUBLIC SCHOOL SYSTEM; RENEE A. FOOSE, officially

        Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:14-cv-00701-JFM |
| Date notice of appeal filed in originating court: | 01/06/2015 |
| Appellant (s) | S.T., S.J.P.T. and I.T. |
| Appellate Case Number | 15-1031 |
| Case Manager | Cathi Bennett<br>804-916-2704 |