FILED: January 15, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1031
(1:14-cv-00701-JFM)
(1:15-cv-00100-JFM)

_____

S.T.; S.J.P.T.; I.T.

    Plaintiffs - Appellants

v.

HOWARD COUNTY PUBLIC SCHOOL SYSTEM; RENEE A. FOOSE, officially

    Defendants - Appellees

-------------------------------

COUNCIL OF PARENT ATTORNEYS AND ADVOCATES

    Amicus Supporting Appellant

_____

O R D E R

_____

Costs for these proceedings are taxed and certified in the amount of $75.60, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk